FILED

07/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0171

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. OP 20-0171

VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC.,

Petitioners,

v.

MONTANA FIRST JUDICIAL DISTRICT COURT, LEWIS AND CLARK COUNTY, THE HONORABLE JAMES P. REYNOLDS, DISTRICT JUDGE,

Respondent.

## [PROPOSED] ORDER

Petitioners have moved to strike Montana Department of Environmental Quality's ("DEQ") Response to Supplemental Brief of Petitioners, dated July 10, 2020 ("Response"), to the extent it cites and attaches as Exhibit 2 an excerpt of a deposition transcript taken in an action pending in Texas state court. DEQ does not oppose the motion. Good cause appearing therefor,

IT IS ORDERED that Exhibit 2 to DEQ's Response and references thereto are stricken and will not be considered by the Court in resolving this matter.

DATED this _____ day of July, 2020.

For the Court,

By _____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 16 2020